INTAKE COPY

# FILING FEE RECEIPT COPY

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500042312
Cashier ID: dgarci
Transaction Date: 11/30/2017
Payer Name: VINCENT E. NOWAK
---------------------------------
CIVIL FILING FEE
 For: VINCENT E. NOWAK
 Amount:        $400.00
---------------------------------
PAPER CHECK
 Check/Money Order Num: 1514
 Amt Tendered:  $400.00
---------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

SA-17-CV-1216. SINA MOGHTADER V.
NATIONAL BOARD OF MEDICAL
EXAMINERS.
```

(WHITE)