

# Vincent E. Nowak

Board Certified - Personal Injury Trial Law – Texas Board of Legal Specialization

1301 Daws Drive  
Amarillo, Texas 79124

Telephone: (806) 679-7914  
Facsimile: (806) 356-9112  
Email: venowak@gmail.com

November 22, 2017

**SA17CA1216 FB**

*Via USPS*  
US District Clerk's Office  
727 E. Cesar E Chavez Blvd., Suite A-500  
San Antonio, TX 78206

**Re: Attorney Admission Pro Hac Vice/ Original Complaint**

To Whom It May Concern:

Enclosed please find our Motion and Order for Admission Pro Hac Vice, and our Original Complaint. Also enclosed is a check made payable to "Clerk, U.S. District Court" in the amount of $500.00. Please file and return the file-stamped copies in the enclosed envelope. Thank you for your attention to this matter.

Sincerely,

Vincent E. Nowak

VEN/jjt  
Enclosures