Vincent E. Nowak
1301 Daws Drive
Amarillo, TX 79124

RECEIVED
NOV 27 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

SA17CA1216 FB MJ-HJB

US District Clerk's Office
727 E. Cesar E Chavez Blvd., Suite A-500
San Antonio, TX 78206

V48162.07

$1.500
US POSTAGE
FIRST-CLASS
062S0008182605
79124