**FILED**
NOV 27 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SINA MOGHTADER, <br> PLAINTIFF, <br><br> v. <br><br> NATIONAL BOARD OF <br> MEDICAL EXAMINERS, <br> DEFENDANT. | § § § § § § § § § <br><br> SA17CA1216 FB <br><br> CAUSE NO. _____ |

## MOTION FOR *PRO HAC VICE* ADMISSION OF VINCENT E. NOWAK, ESQ.

Pursuant to Local Rule 83.2(b), the undersigned respectfully moves for the admission *pro hac vice* of Vincent E. Nowak, Esq., 1301 Daws Drive, Amarillo, TX 79124, (806) 679-7914, facsimile: (806) 356-9112, venowak@gmail.com, for purposes of appearance as co-counsel on behalf of the plaintiff, Sina Moghtader in the above-captioned case only. In support of this Motion, the undersigned states as follows:

1. Vincent E. Nowak is not admitted to practice in the United States District Court for the Western District of Texas. He is a member in good standing of the state courts of Texas, November 1990 and the United States District Courts for the Northern District of Texas, August 22, 1995, and the United States Supreme Court, June 27, 1997.

2. Movant, Robert R. Bell, Esq., of the law firm of Mullin, Hoard & Brown 500 S. Taylor St. Suite 800, Amarillo, TX 79101, is a member in good standing of the Texas State Bar and the United States District Court for the Western District of Texas.

3. In accordance with the local rules of this Court, Vincent E. Nowak has made payment of this Court's $100.00 admission fee contemporaneously with the filing of this Motion.

1

4.      In accordance with the local rules of this Court, Vincent E. Nowak will register as a Filing User of the Court's ECF system by completing an online registration form on the Court's website at www.ecf.txwd.uscourts.gov.

WHEREFORE, Robert R. Bell, Esq. moves this Court to enter an Order for Vincent E. Nowak, Esq. to appear before this Court on behalf of the plaintiff, Sina Moghtader for all purposes relating to the proceedings in the above-captioned matter.

Respectfully submitted,

Date: November 13, 2017

/s/ Robert R. Bell
Robert R. Bell, SBN:
Mullin Hoard & Brown, LLP
500 S. Taylor St., Suite 800
Amarillo, TX 79101
T: 806-372-5050
E: rbell@mhba.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically served through ECF to all counsel of record on this date.

/s/ Robert R. Bell
Robert R. Bell