UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SINA MOGHTADER,                         §
PLAINTIFF,                              §
                                        §
                                        §
v.                                      §   SA17CA1216 FB
                                        §   CAUSE NO. _____
NATIONAL BOARD OF                       §
MEDICAL EXAMINERS,                      §
DEFENDANT.                              §

## **ORDER**

A Motion for Admission *Pro Hac Vice* has been filed in this case and considered by the

undersigned.

IT IS ORDERED THAT:

Applicant: Vincent E. Nowak who represents Sina Moghtader

☐       Be **granted** admission *pro hac vice* in this case.

☐       Be **denied** admission *pro hac vice* in this case.

_____                 _____
Date                                    United States District/Magistrate Judge