**DOCKET COPY**

# Pro Hac Vice Receipt Copy

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500042313
Cashier ID: dgarci
Transaction Date: 11/30/2017
Payer Name: VINCENT E. NOWAK
---------------------------------
PRO HAC VICE
 For: VINCENT E. NOWAK
 Case/Party: D-TXW-5-08-LB-000000-001
 Amount:         $100.00
---------------------------------
PAPER CHECK
 Check/Money Order Num: 1514
 Amt Tendered: $100.00
---------------------------------
Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00

PRO HAC FOR VINCENT E. NOWAK.

SA-17-CV-1216. SINA MOGHTADER V.
NATIONAL BOARD OF MEDICAL
EXAMINERS.
```