# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| SINA MOGHTADER, | ) |
|    Plaintiff, | ) |
| | ) |
| V. | )  CIVIL ACTION NO. SA-l7-CA-1216-FB |
| | ) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) |
|    Defendant. | ) |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Before the Court is the Motion for Admission Pro Hac Vice (docket no. 2) filed by Vincent E. Nowak, wherein out-of-district counsel seeks leave to appear pro hac vice as counsel on behalf of plaintiff.

The Court hereby GRANTS counsel leave to appear pro hac vice in this cause. The Court further ORDERS that counsel familiarize himself with the Local Court Rules for the Western District of Texas. Should counsel apply to appear pro hac vice in any other action in the Western District of Texas, counsel shall advise this Court of such application. The Court will then order counsel to apply for admission to the Western District of Texas.

All counsel are ordinarily required to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance pro hac vice in any case. However, this Court has made an exception for out-of-district counsel if his or her practice in the Western District will be limited to no more than two cases. Should counsel desire to appear in another case in the district pro hac vice, it is his duty to notify the Court in which he appears of this earlier application.

It is so ORDERED.

SIGNED this 19th day of March, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE