United States District Court
Western District of Texas
San Antonio
**Deficiency Notice**

| | |
|---|---|
| To: | Nowak, Vincent E. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, May 03, 2018 |
| Re: | 05:17-CV-01216-FB / Doc # 4 / Filed On: 05/03/2018 03:57 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Wrong PDF Document Attached
   Remarks: Document deficient, there are NO filed out summons attached to your request, you must prepare the summons and file them for the Clerks Office to sign and seal and file for you to serve on the defendants. Your request cannot be processed in the format that you filed it.