UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT COURT TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SINA MOGHTADER, | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | |
| | § | CAUSE NO. 5:17-CV-01216-FB |
| NATIONAL BOARD OF | § | |
| MEDICAL EXAMINERS, | § | |
| DEFENDANT. | § | |

## MOTION SHOWING CAUSE

**TO THE HONORABLE COURT:**

1.  Plaintiff filed this Complaint on November 27, 2017.

2.  On February 13, 2018, plaintiff sent defendant a copy of the Complaint and a Waiver of the Service of Summons.

3.  On May 4, 2018, counsel recognized that the defendant did not sign a waiver and requested the clerk of the court to issue a summons.

4.  On May 4, 2018, counsel received the summons and forwarded it to a private process server.

5.  The delay in service is counsel's fault. This suit is within limitations and counsel respectfully prays that the Court not dismiss the suit.

Respectfully submitted,

_____
Vincent E. Nowak, SBN 15121550
1301 Daws Dr.
Amarillo, TX 79124
Telephone: 806-679-7914
Facsimile: 806-356-9112