# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| SINA MOGHTADER, | ) |
| Plaintiff, | ) |
| V. | ) CIVIL ACTION NO. SA-17-CA-1216-FB |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) |
| Defendant. | ) |

## ORDER SETTING DEADLINE FOR PROPER SERVICE AND FURTHER ORDERS OF THE COURT

Before the Court is the status of the above-styled and numbered cause. Plaintiff initiated this lawsuit with the filing of his original complaint (docket no. 1) on November 27, 2017. Defendant has failed to answer or otherwise appear. On May 7, 2018, an Order to Show Cause (docket no. 8) issued ordering plaintiff to show cause on or before May 14, 2018, "why the above styled and numbered cause should not be dismissed pursuant to Rule 4(m) and for failure to prosecute." On May 14, 2018, plaintiff filed a response (docket no. 9) informing the Court that "on May 4, 2018, counsel received the summons [from the Clerk's Office] and forwarded it to a private process server." After careful consideration, the Court is of the opinion a deadline should be set for plaintiff to properly serve defendant and that proof of service should be filed with the Court.

IT IS THEREFORE ORDERED that plaintiff's time to properly serve defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure is extended to **June 4, 2018**. The failure to comply with this Order will result in the dismissal of this case.

IT IS FURTHER ORDERED that plaintiff shall file proof of such service with the Court **on or before June 6, 2018.**  The failure to properly and timely comply with this directive, or any future directive of the Court, will result in the dismissal of this case.

It is so ORDERED.

SIGNED this 21st day of May, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE