AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-CV-01216-FB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Board of Medical Examiners
was received by me on *(date)* 05/22/2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Frank Hernandez as Intake Special , who is
designated by law to accept service of process on behalf of *(name of organization)* National Board of
Medical Examiners on *(date)* 05/22/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/23/2018

Server's signature

Bria Twitty
Printed name and title

1400 K Street, NW, Suite 700, Washington, DC 20005
Server's address

Additional information regarding attempted service, etc:

## AFFIDAVIT OF PROCESS SERVER

United States District Court For the Western District Of Texas, San Antonio District

**Sina Moghtader**

    Plaintiff(s),

VS.

**National Board of Medical Examiners**

    Defendant(s).

Attorney: NONE

Vincent E. Nowak
1301 Daws Drive
Amarillo TX 79124

*229382*

**Case Number: 5:17-CV-01216-FB**

Legal documents received by Sneakers & Heels Private Investigations on **05/22/2018** at **12:35 PM** to be served upon **National Board of Medical Examiners by serving CT Corporation System as Registered Agent at 1015 15th St., NW, #1000, Washington, DC 20005**

I, **Bria Twitty**, swear and affirm that on **May 22, 2018** at **2:12 PM**, I did the following:

Served **National Board of Medical Examiners by serving CT Corporation System as Registered Agent** by delivering a conformed copy of the **Summons; Plaintiff's Original Complaint** to **Frank Hernandez** as **Intake Specialist & Authorized Agent** of National Board of Medical Examiners by serving CT Corporation System as Registered Agent at **1015 15th St., NW, #1000, Washington, DC 20005**.

**Description of Person Accepting Service:**
Sex: Male Age: 35-40 Height: 5ft9in-6ft0in Weight: Over 200 lbs Skin Color: Hispanic Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Bria Twitty**
Process Server

**Sneakers & Heels Private Investigations**
3440 S. Bell, Suite 320 PMB #228
Amarillo TX 79109

(806) 322-0779

Internal Job ID: **229382**

District of Columbia: SS
Subscribed and Sworn to before me this 23 day of May, 2018

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021