IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SINA MOGHTADER, | ) |
| Plaintiff, | ) |
| V. | ) CIVIL ACTION NO. SA-17-CA-1216-FB |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) |
| Defendant. | ) |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order Regarding Defendant's Motion to Dismiss signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the National Board of Medical Examiners' Motion to Dismiss (contained within docket no. 12) is GRANTED such that the above-styled and numbered cause is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). Alternatively, presuming jurisdiction, the case should be Dismissed With Prejudice for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are dismissed as moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 11th day of September, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE